IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY MATHEW HANSON, <br><br> Defendant. | CR 16–43–M–DLC <br><br> ORDER |

On May 5, 2017, Defendant was sentenced in *United States v. Larry Mathew Hanson*, CR 16–44–M–DLC, following his plea of guilty to one count of Conspiracy to Commit Wire and Mail Fraud, 18 U.S.C. § 1349. Per the plea agreement in that action, the Government agreed to move to dismiss the underlying Indictment in the above-captioned matter which charges one count of Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1). At the sentencing hearing, the Government moved for the dismissal and the Court granted the motion. (Doc. 24.)

Accordingly, IT IS ORDERED that the Clerk of Court shall file this Order to memorialize that on May 5, 2017, the Court granted the Government's motion

-1-

and dismissed the Indictment in the above-captioned matter, *United States v. Larry Mathew Hanson*, CR 16–43–M–DLC .

Dated this 9th day of May, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court